# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| SHARON SANDERS, *et al.*,<br>    Plaintiffs,<br>v.<br>CITY OF NORTH LAS VEGAS, *et al.*,<br>    Defendants. | Case No.: 2:24-cv-00845-CDS-NJK<br>**Order**<br>[Docket No. 32] |

Pending before the Court is the parties' stipulation to extend discovery deadlines by 60 days. Docket No. 32.

A request to extend unexpired deadlines in the scheduling order must be premised on a showing of good cause. Fed. R. Civ. P. 16(b)(4); Local Rule 26-3. The good cause analysis turns on whether the subject deadlines cannot reasonably be met despite the exercise of diligence. *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992). "The diligence obligation is ongoing." *Morgal v. Maricopa Cnty. Bd. of Supervisors*, 284 F.R.D. 452, 460 (D. Ariz. 2012). The showing of diligence is measured by the conduct displayed throughout the entire period of time already allowed. *See Muniz v. United Parcel Serv., Inc.*, 731 F.Supp.2d 961, 967 (N. D. Cal. 2010) (quoting *Jackson v. Laureate, Inc.*, 186 F.R.D. 605, 607 (E. D. Cal. 1999)). That a request is jointly submitted "neither mandates allowance of the extension sought nor exempts parties from making the necessary showings to justify that relief. Failure to provide such showings may result in denial of a stipulated request to extend the case management deadlines." *Williams v. James River Grp. Inc.*, 627 F. Supp. 3d 1172, 1178 (D. Nev. 2022)

Here, the parties have failed to demonstrate diligence. The Court issued the scheduling order in this case on August 2, 2024. Docket No. 20. However, the parties have conducted very little affirmative discovery. Docket No. 32 at 1-2.

Nonetheless, as a <u>one-time courtesy</u>, the Court will allow a 30-day extension of the unexpired deadlines.

Accordingly, the stipulation to extend is **GRANTED** in part and **DENIED** in part. Docket No. 32.

Deadlines are **RESET** as follows:

- Initial expert: March 12, 2025
- Rebuttal expert: April 11, 2025
- Discovery cutoff: May 12, 2025
- Dispositive motions: June 11, 2025
- Joint proposed pretrial order: July 11, 2025, 30 days after resolution of dispositive motions or further order of the Court

Any future request to extend discovery deadlines must include a robust showing of diligence.

IT IS SO ORDERED.

Dated: February 4, 2025

_____
Nancy J. Koppe
United States Magistrate Judge